# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT DANAO | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 14-6621 |
| ABM JANITORIAL SERVICES | : | |
| AND LOCAL 32BJ SEIU, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *7th* day of *October*, 2015, upon consideration of Defendant Local 32BJ SEIU's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 28) and Plaintiff Vincent Danao's Response (Docket No. 30), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.